

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | CASE NUMBER: 16-9437 MJ |
| Scott Allan Spangler | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### Count 1

On or about October 27, 2016, in the District of Arizona and elsewhere, defendant Scott Allan Spangler did knowingly distribute child pornography that had been shipped and transported in interstate and foreign commerce by any means, including computer, including a visual depiction of an actual minor engaging in sexually explicit conduct, to wit: "e6a702724336147lg.jpg."

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2256.

### Count 2

On or about November 22, 2016, in the District of Arizona and elsewhere, defendant Scott Allan Spangler did knowingly possess material (ie. a computer) that contained at least one image of child pornography that had been mailed or shipped in interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2256.

I further state that I am a Special Agent from the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

AUTHORIZED BY: Gayle L. Helart, AUSA

SA Jimmie John Daniels
Name of Complainant

Signature of Complainant

Sworn to before me and subscribed in my presence

Nov. 22, 2016        at    Phoenix, Arizona
Date                        City and State

HONORABLE EILEEN S. WILLETT
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## STATEMENT OF PROBABLE CAUSE

I, Jimmie John Daniels, Special Agent with Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

### INTRODUCTION AND BACKGROUND INFORMATION

1. The facts of this case, as more fully detailed herein, are that on October 27, 2016, a subject transmitted child pornography via the Internet. This subject used IP address 75.172.238.58. Investigative steps determined that the IP address was assigned to the CenturyLink account of Scott Allan Spangler's residence. On November 16, 2016, United States Magistrate Judge Bridget S. Bade authorized a search warrant Scott Allan Spangler's residence, to locate evidence and instrumentalities used in relation to these violations. This warrant was executed on November 22, 2016 and evidence related to these violations was seized from the residence.

2. I am a Special Agent with the FBI assigned to the Phoenix Division. I have been so employed for ten years. I am specifically assigned to conduct investigations pursuant to the FBI's Innocent Images National Initiative (IINI), which focuses on crimes where computers and the Internet are used in the sexual exploitation of children. I am responsible for conducting federal and international investigations relating to crimes involving the sexual exploitation of children. I have received basic and on-the-job training in the investigation of cases involving the sexual exploitation of children. The statements contained in this Affidavit are based on my experience and background as a Special Agent and on information provided by other law enforcement agents.

### DETAILS OF THE INVESTIGATION

3. As part of this investigation, I used a software designed to specifically search the Ares P2P network for Internet Protocol (IP) addresses sharing files depicting child pornography. This software compares hash values of files possessed by other Ares P2P users with hash values of known child pornography files. The known files were previously identified by other law enforcement officers through their investigations. If a hash value match indicating child pornography is determined, the software will note the IP address of the computer possessing the files and will attempt to download the suspected child pornography files. The software

|    |    |    |
|----|----|----|
| 1  |    | accomplishes this by establishing a direct connection with the computer using the suspect IP |
| 2  |    | address. |
| 3  | 4. | On October 27, 2016, I was able to identify a computer with the IP address 75.172.238.58 as a |
| 4  |    | potential download candidate for a file of investigative interest (possible child pornography). |
| 5  | 5. | On October 27, 2016, at approximately 2:50 a.m., Arizona Time, the undercover computer I |
| 6  |    | used directly connected to a computer using the IP address 75.172.238.58. Between |
| 7  |    | approximately 2:50 a.m. to 3:35 a.m., Arizona Time, on October 27, 2016, the law enforcement |
| 8  |    | software downloaded approximately 779 complete files. |
| 9  | 6. | I reviewed the logs for the downloads and confirmed that all files were downloaded solely from |
| 10 |    | the computer using the IP address 75.172.238.58. The law enforcement software used also |
| 11 |    | identified the version of the BitTorrent client as BitTorrent 7.9.9. |
| 12 | 7. | A look up in an IP Database showed that the IP address 75.172.238.58 was registered to |
| 13 |    | CenturyLink. An administrative subpoena was served upon CenturyLink requesting subscriber |
| 14 |    | information for the user assigned IP address 75.172.238.58 during the dates and times that I |
| 15 |    | downloaded the child pornography files. |
| 16 | 8. | The information provided by CenturyLink stated that, during the relevant time period, IP |
| 17 |    | address 75.172.238.58 was subscribed to the residential account of Scott Spangler, 716 East |
| 18 |    | Turney Avenue, Apartment 13, Phoenix, Arizona, 85014, telephone number 602-207-0980. |
| 19 | 9. | On November 9, 2016, I reviewed a CD containing the material that I downloaded from IP |
| 20 |    | address 75.172.238.58 on October 27, 2016. I reviewed the files and observed multiple files |
| 21 |    | depicted child pornography. Three of the complete files of child pornography that I reviewed |
| 22 |    | can be described as follows: |
| 23 |    |    a. <u>2yo-0057</u>: This color image depicts a prepubescent minor female engaged in a sex |
| 24 |    |       act. The minor female is naked and reclined on her back. The minor female's legs |
| 25 |    |       are spread, exposing her genitalia. An adult hand is depicted and his touching the |
| 26 |    |       minor female's genitalia. The adult hand is spreading opening the minor female's |
| 27 |    |       vagina. The minor in this image appears to be less than five years old due to lack |
| 28 |    |    |

of pubic hair and genitalia development as well as size comparison with the adult hand.

    b. meg18: This color image depicts a prepubescent minor female engaged in a sex act. The minor female is completely naked and reclined on her back. The minor female's legs are spread, exposing her genitalia. An adult male is depicted and has inserted his erect penis into the minor female's anus. The minor in this image appears to be less than five years old due to lack of pubic hair and genitalia development as well as size comparison with the adult male.

    c. e6a7027243361471g: This color image depicts a prepubescent minor female engaged in a sex act. The minor female is completely naked and is reclined on her back. The minor female's legs are spread, exposing her genitalia. An adult male is depicted and is erect penis is near the minor female's genitalia. What appears to be male ejaculate is on the minor female's genitalia and abdomen. The minor in the image appears to be less than five years old due lack of pubic hair, breast and genitalia development. **[COUNT #1]**

10. On November 9, 2016, I conducted a wireless scan of the immediate area in front Scott Allan Spangler's. I observed eight secured and two unsecured wireless access points in the immediate area in front of the residence.

11. On November 8, 2016, a mail delivery request was made of the United States Postal Service, for Scott Allan Spangler's. On November 15, 2016, the United States Postal Service reported that Adella Green was receiving mail at the residence. The United States Postal Service also reported that in June 26, 2015, Scott Spangler moved into Apartment 13.

12. A criminal records check was conducted on Scott Allan Spangler, birth year 1982, which revealed he was a registered sex offender. Spangler was convicted in Yuma County Superior Court, case number S1400CR200300515, of Arizona Revised Statues (ARS) 13-1506, Furnishing Harmful Items to Minors, and ARS 13-1405, Attempted Sexual Conduct with a Minor. From reviewing the case report, Spangler was arrested for meeting and having sex

with a 14 year old female. For this conviction, Spangler received two and a half years in Arizona Department of Corrections.

13. In 2006, Spangler was once again convicted in Yuma County Superior Court, case number S1400CR200600239, for ARS 13-3824, Failure to Register as a Sex Offender. This conviction was due to Spangler absconding from his residence in Yuma, Arizona in December of 2005.

14. On November 18, 2016, United States Magistrate Judge Bridget S. Bade authorized a search warrant for Scott Allan Spangler's residence. This warrant was executed by Agents of the Federal Bureau of Investigation and Detectives of the Phoenix Police Department on November 22, 2016.

15. During the execution of the search warrant, Scott Allan Spangler was found to be the only occupant within the residence. Multiple digital items were seized. Also during the search warrant, it was determined that Scott Allan Spangler's wireless Internet access was secured.

16. A forensic preview of a Toshiba USB drive, 8 GB, revealed multiple deleted files with file name indicative of child pornography. Some of the file names I observed were; "2sis_8yo_10yo omegle.mpg," "joy10yo_phil_deflower.mpg," and "2012 10Yo Nadian REALLY CUMS!!! Masturbates Very Pink Pussy On Webcam!.mpg." Many of the deleted files were image files. One of the deleted image files of child pornography that I reviewed can be described as follows:

   a. !46-1: This color image depicts a prepubescent minor female engaged in lascivious exhibition of her genitalia. The minor female is naked from the waist down and reclined on her back. Another individual is depicted and is holding the minor female's legs in the air. The minor female's legs are spread, exposing her genitalia. The minor in the image appears to be less than 8 years old due to lack of pubic hair and genitalia development. **(COUNT #2)**

## CONCLUSION

17. Based upon the aforementioned information, there is probable cause to believe violations of federal law occurred when Scott Allan Spangler knowingly distributed, presented and promoted child pornography in interstate commerce (Count 1) and possessed child pornography that had

4

traveled through interstate commerce, (Count 2) in violation of Title 18 U.S.C. Sections 2252A(a)(3)(B), 2252A(a)(5) and 2256.

I declare under the penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Respectfully Submitted,

Jimmie John Daniels
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this ___22___ of November, 2016.

Hon. Eileen S. Willett
United States Magistrate Judge

5